# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv118

| | |
|---|---|
| JAMES WEBB ROEMER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DART TRANSIT COMPANY et al ) <br> ) <br> Defendants. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to determine the status of mediation.

By Order entered December 4, 2009, the parties were to have conducted mediation on or before December 31, 2009. [Doc. 18]. That deadline has passed and the parties have not filed a report of mediation to the Court.

**IT IS, THEREFORE, ORDERED** that on or before five (5) business days from entry of this Order, the parties shall file a mediation report.

**IT IS FURTHER ORDERED** that in the event mediation has not occurred, within five (5) business days from entry of this Order, the parties shall file a joint pleading identifing the mediator in this matter as well as notifying the Court of the date set for mediation.

**IT IS FURTHER ORDERED** that the scheduled date for mediation shall not exceed sixty (60) days from the date of entry of this Order.

Martin Reidinger
United States District Judge

Signed: January 14, 2010